UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Edy C.L.,

        Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi
Noem, *Secretary, U.S. Department of
Homeland Security*; Todd M. Lyons, *Acting
Director of Immigration and Customs
Enforcement*; Immigration and Customs
Enforcement; Daren K. Margolin, *Director
for Executive Office for Immigration
Review*; Executive Office for Immigration
Review; and David Easterwood, *Acting
Director, St. Paul Field Office, Immigration
and Customs Enforcement*,

        Respondents.

File No. 26-cv-65 (ECT/SGE)

**ORDER**

---

        Petitioner Edy C.L. has filed a Verified Petition for Writ of Habeas Corpus ("Petition"). ECF No. 1. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

        1.    Respondents are directed to file an answer to the Petition by no later than January 9, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

        2.    Respondents' answer should include:

            a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

  b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

  c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

  d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Fernando F.P.D. v. Brott*, No. 25-cv-4455 (ECT/ECW), 2025 WL 3675151 (D. Minn. Dec. 17, 2025).

3. If Petitioner intends to file a reply to Respondent's answer, Petitioner must do so by no later than January 12, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. To the extent Petitioner seeks an order prohibiting his transfer or removal during his Petition's adjudication, this request is **DENIED WITHOUT PREJUDICE** to its reconsideration once these matters have been fully briefed.

Dated: January 7, 2026       s/ Eric C. Tostrud
                Eric C. Tostrud
                United States District Court